1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | SANDRA R. BROWN
Assistant United States Attorney
3 | Chief, Tax Division
VALERIE L. MAKAREWICZ
4 | Assistant United States Attorney
SBN 229637
5 | Room 7211, Federal Building
300 North Los Angeles Street
6 | Los Angeles, California  90012
Telephone:  (213) 894-2729
7 | Facsimile:  (213) 894-0115
Email: valerie.makarewicz@usdoj.gov
8 |
9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | CENTRAL DISTRICT OF CALIFORNIA

12 | EASTERN DIVISION

13 |

14 | UNITED STATES OF AMERICA,          ) Case No. EDCV10-1112 VAP(RCx)
                                       )
15 |            Petitioner,            ) ORDER TO SHOW CAUSE
                                       )
16 |      vs.                          )
                                       )
17 | VICTOR PINSON, SR.,               )
                                       )
18 |            Respondent.            )
     _____)

19 |

20 |      Upon the Petition and supporting Memorandum of Points and

21 | Authorities, and the supporting Declaration to the Petition, the

22 | Court finds that Petitioner has established its *prima facie* case

23 | for judicial enforcement of the subject Internal Revenue Service

24 | ("IRS" and "Service") summonses.  *See* United States v. Powell,

25 | 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

26 | Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

27 | 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

28 | 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

1

1995) (the Government's *prima facie* case is typically made

through the sworn declaration of the IRS agent who issued the

summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233

(9th cir. 1993).

**THEREFORE**, **IT IS ORDERED** that Respondent appear before this

District Court of the United States for the Central District of

California in Courtroom No. _2_____,

____   United States Courthouse
       312 North Spring Street,
       Los Angeles, California 90012


____   Roybal Federal Building and United States Courthouse
       255 E. Temple Street,
       Los Angeles, California 90012


____   Ronald Reagan Federal Building and United States Courthouse
       411 West Fourth Street,
       Santa Ana, California 92701


__x__      Brown Federal Building and United States Courthouse
           3470 Twelfth Street, Riverside, California 92501

on September 13, 2010, at _1:30 p .m.

and show cause why the testimony and production of books, papers,

records and other data demanded in the subject Internal Revenue

Service summonses should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the

Petition, Memorandum of Points and Authorities, and accompanying

Declaration be served promptly upon Respondent by any employee of

the Internal Revenue Service or by the United States Attorney's

Office, by personal delivery, or by leaving copies of each of the

foregoing documents at the Respondent's dwelling or usual place

1  of abode with someone of suitable age and discretion who resides
2  there, or by certified mail.
3      **IT IS FURTHER ORDERED** that within ten (10) days after
4  service upon Respondent of the herein described documents,
5  Respondent shall file and serve a written response, supported by
6  appropriate sworn statements, as well as any desired motions.
7  If, prior to the return date of this Order, Respondent files a
8  response with the Court stating that Respondent does not desire
9  to oppose the relief sought in the Petition, nor wish to make an
10 appearance, then the appearance of Respondent at any hearing
11 pursuant to this Order to Show Cause is excused, and Respondent
12 shall be deemed to have complied with the requirements of this
13 Order.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.


DATED: This 5th day of  August, 2010


                              United States District Judge

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney
Attorneys for United States of America
Petitioner